IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sunny Anthony,<br><br>    Plaintiff,<br><br>v.<br><br>Trax International Corporation,<br><br>    Defendant. | **NO. CV-16-02602-PHX-ESW**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed April 17, 2018, which granted the Motion for Summary Judgment, judgment is entered in favor of defendant and against plaintiff. The complaint and action are dismissed.

Brian D. Karth
District Court Executive/Clerk of Court

April 17, 2018

By   s/ Sara L. Quinones
     Deputy Clerk