Michael Zoldan; AZ Bar No. 028128
Jessica Miller; AZ Bar No. 031005
**ZOLDAN LAW GROUP, PLLC**
14500 N. Northsight Blvd., Suite 213
Scottsdale, AZ 85260
Tel & Fax: 480.442.3410
mzoldan@zoldangroup.com
jmiller@zoldangroup.com

Attorneys for Plaintiff
Sunny Anthony

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **Sunny Anthony**, an Arizona Resident,<br><br>Plaintiff,<br><br>v.<br><br>**Trax International Corporation**, a Nevada Corporation,<br><br>Defendants. | **Case No. CV-16-2602-ESW**<br><br>**NOTICE OF APPEAL**<br><br>**(Assigned to the Hon. Eileen S. Willett)** |

Plaintiff Sunny Anthony, by and through undersigned counsel, gives notice that she appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment in a Civil Case entered April 17, 2018 (Dkt. 62) granting summary judgment to Defendant, and from the rulings set forth in the Court's memorandum opinion and Order of April 17, 2018 (Dkt. 61).

RESPECTFULLY SUBMITTED April 17, 2018.

**ZOLDAN LAW GROUP, PLLC**

By: /s/ Michael Zoldan
14500 N. Northsight Blvd., Suite 213
Scottsdale, AZ 85260
Attorneys for Plaintiff Sunny Anthony

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2018, I electronically transmitted the foregoing document to the United States District Court, District of Arizona, Court Clerk, using the CM/ECF System. All counsel of record are registrants and are therefore served via this filing and transmittal.

/s/ Michael Zoldan